NEWMAN v. NEWMAN

No. 528P83.

Case below: 64 N.C. App. 125.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.

PADGETT v. STUTTS

No. 456P83.

Case below: 63 N.C. App. 565.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.

PATTERSON v. GASTON CO.

No. 340P83.

Case below: 62 N.C. App. 544.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 December 1983.

RAMSEY v. NORTON

No. 477P83.

Case below: 63 N.C. App. 789.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 December 1983.

RED HOUSE FURNITURE CO. v. SMITH

No. 479PA83.

Case below: 63 N.C. App. 769.

Petition by Gibson for discretionary review under G.S. 7A-31 allowed 6 December 1983.